Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DARREN GILBERT,

        Plaintiff,

    vs.

GABRIEL CASTREJON dba EL
MARISQUERO, et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 1:22-cv-00319-DAD-SKO

**STIPULATION FOR CONTINUANCE
OF MANDATORY SCHEDULING
CONFERENCE; ORDER**

(Doc. 12)

    **WHEREAS**, pursuant to the Court's Order Setting Mandatory Scheduling Conference (Dkt. 3), the Mandatory Scheduling Conference in this matter is currently set for June 30, 2022;

    **WHEREAS**, Plaintiff Darren Gilbert ("Plaintiff") and Defendant Guaranty Holdings of California, Inc. ("Defendant," and together with Plaintiff, the "Parties"), the parties who have appeared in this action, have been diligently engaging in settlement discussions;

    **WHEREAS**, a clerk's default has been entered against the remaining defendants, Gabriel Castrejon dba El Marisquero (Dkt. 11) and Ignacio Castrejon Alvarez dba El Marisquero (Dkt. 9);

    **WHEREAS**, Plaintiff has duly noticed a site inspection which the Parties have agreed will take place on August 11, 2022;

1    **WHEREAS**, after he receives his consultant's written findings following the site

2   inspection, Plaintiff will relay a proposal for injunctive relief to Defendant, and the Parties are

3   hopeful that settlement can be reached informally;

4    **NOW, THEREFORE,** the Parties stipulate and jointly request that the Mandatory

5   Scheduling Conference be continued to a date on or after September 30, 2022 at the Court's

6   convenience, to allow them to engage in further settlement discussions once Plaintiff conducts

7   the inspection and receives his consultant's written findings.

8    **IT IS SO STIPULATED.**

9

10   Dated: June 22, 2022                    MOORE LAW FIRM, P.C.

11

12                                          _/s/ Tanya E. Moore_____
                                            Tanya E. Moore

13                                          Attorney for Plaintiff,
                                            Darren Gilbert

14

15   Dated: June 22, 2022                    MICHAEL S. WARDA,

16                                           a Professional Law Corporation

17                                          _/s/ Michael S. Warda_____

18                                           Michael S. Warda
                                             Attorneys for Defendant,

19                                           Guaranty Holdings of California, Inc.

20

21

22

23

24

25

26

27

28

STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE;
ORDER

1

### **ORDER**

2          Pursuant to the parties' above stipulation (Doc. 12), and for good cause shown,

3          IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for

4   June 30, 2022, is continued to October 6, 2022, at 9:45 a.m. before Magistrate Judge Sheila K.

5   Oberto.   The parties are to file their updated Joint Scheduling Report including an update on

6   settlement efforts no later than seven days prior to the conference.

7

8   IT IS SO ORDERED.

9

10  Dated:   **June 22, 2022**                           */s/ Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28