Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>         Plaintiff,<br><br>     v.<br><br>GABRIEL CASTREJON dba EL MARISQUERO; IGNACIO CASTREJON ALVAREZ dba EL MARISQUERO; GUARANTY HOLDINGS OF CALIFORNIA, INC.;<br><br>         Defendants. | No. 1:22-cv-00319-DAD-SKO<br><br>**STIPULATION TO SET ASIDE DEFAULTS; ORDER**<br><br>(Doc. 14) |

1    **IT IS HEREBY STIPULATED** by and between Plaintiff, Darren Gilbert ("Plaintiff"),
2  by and through his attorney, and Defendants, Ignacio Castrejon Alvarez dba El Marisquero and
3  Gabriel Castrejon dba El Marisquero ("Defendants," and together with Plaintiff, "the Parties"),
4  by and through their attorneys, that the Clerk's Defaults entered against Defendants on June 8,
5  2022, and June 21, 2022 (Dkts. 9 and 11) be and are hereby set aside, and that an answer on
6  behalf of Defendants shall be filed within ten (10) days of the entry of the order setting aside the
7  default.

8    Good cause exists because the Parties desire for the case to be heard on its merits.

9    **IT IS SO STIPULATED.**

11  Dated:  August 22, 2022                               MOORE LAW FIRM, P.C.

13                                                       */s/ Tanya E. Moore*
                                                         Tanya E. Moore
14                                                       Attorney for Plaintiff,
                                                         Darren Gilbert

16  Dated: August 22, 2022                                MICHAEL S. WARDA,
17                                                        a Professional Law Corporation

19                                                       */s/ Michael S. Warda*
                                                         Michael S. Warda
20                                                       Attorneys for Defendants,
                                                         Gabriel Castrejon dba El Marisquero;
21                                                       Ignacio Castrejon Alvarez dba El
                                                         Marisquero; and Guaranty Holdings
22                                                       of California, Inc.

### ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                         */s/ Tanya E. Moore*
27                                                       Tanya E. Moore
                                                         Attorney for Plaintiff,
28                                                       Darren Gilbert

**ORDER**

Pursuant to the parties' above stipulation (Doc. 14), and for good cause shown, IT IS HEREBY ORDERED as follows:

1. The default entered against Defendant Ignacio Castrejon Alvarez dba El Marisquero on June 8, 2022 (Doc. 9), is SET ASIDE;

2. The default entered against Defendant Gabriel Castrejon dba El Marisquero on June 21, 2022 (Doc. 11), is SET ASIDE; and

3. Defendants shall file an answer to Plaintiff's complaint within ten (10) days of this order.

IT IS SO ORDERED.

Dated:   **August 23, 2022**              /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE