Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>            Plaintiff,<br><br>      vs.<br><br>GABRIEL CASTREJON dba EL MARISQUERO, et al.,<br><br>            Defendants. | No. 1:22-cv-00319-ADA-SKO<br><br>**SECOND STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER**<br><br>(Doc. 20) |

**WHEREAS**, pursuant to the Court's Order Setting Mandatory Scheduling Conference (Dkt. 3), the Mandatory Scheduling Conference in this matter was originally set for June 30, 2022;

**WHEREAS**, the Court has previously continued the Mandatory Scheduling Conference twice, once at the request of Plaintiff Darren Gilbert and Defendant Guaranty Holdings of California, Inc., and once sua sponte (Dkt. 19), such that it is now set for November 15, 2022 at 9:30 a.m.;

**WHEREAS,** Plaintiff Darren Gilbert ("Plaintiff") and Defendants Guaranty Holdings of California, Inc., Gabriel Castrejon dba El Marisquero, and Ignacio Castrejon Alvarez dba El

1 Marisquero ("Defendants," and together with Plaintiff, "the Parties") are engaged in settlement

2 discussions and wish to conserve the Court's time and resources;

3      **NOW, THEREFORE,** the Parties stipulate and jointly request that the Mandatory

4 Scheduling Conference be continued to a date on or after December 9, 2022 at the Court's

5 convenience.

6      **IT IS SO STIPULATED.**

8 Dated: November 8, 2022          MOORE LAW FIRM, P.C.

10                                 */s/ Tanya E. Moore*
                                Tanya E. Moore
11                                 Attorney for Plaintiff,
                                Darren Gilbert

13 Dated: November 8, 2022          MICHAEL S. WARDA,
                                a Professional Law Corporation

15                                 */s/ Michael S. Warda*
16                                 Michael S. Warda
                                Attorneys for Defendants,
17                                 Guaranty Holdings of California, Inc.,
                                Ignacio Castrejon Alvarez dba El Marisquero
18                                 and Gabriel Castrejon dba El Marisquero

# **ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 20) and for good cause shown,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for November 15, 2022, is continued to **March 9, 2023, at 9:30 a.m.** before Magistrate Judge Sheila K. Oberto. The parties are to file their updated Joint Scheduling Report, which shall include an update on their settlement efforts, no later than seven days prior to the Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated:   **November 9, 2022**                                    /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE