1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DARREN GILBERT,                          No.  1:22-cv-00319-ADA-SKO

12              Plaintiff,                       ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS AND DECLINING
13         v.                                    SUPPLEMENTAL JURISDICTION OF
                                                 STATE LAW CLAIMS
14    GABRIEL CASTREJON dba El
      Marisquero, et al.,                        (ECF No. 27)
15
                Defendants.
16

17          On March 18, 2022, Plaintiff Darren Gilbert ("Plaintiff") initiated this action alleging

18    violations of the American with Disabilities Act, 42 U.S.C. § 12101 et seq. ("ADA") and related

19    state statutes.  (ECF No. 1.)  This matter was referred to a United States Magistrate Judge pursuant

20    to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On February 23, 2023, the Court granted Plaintiff leave to file his First Amended Complaint

22    ("FAC").  (ECF No. 23.)  The Plaintiff filed his FAC on February 24, 2023, asserting a claim for

23    injunctive relief arising out of alleged violations of the ADA and California Health and Safety

24    Codes and a claim for damages pursuant to California's Unruh Act.  (ECF No. 25.)  Following an

25    order to show cause, on March 23, 2023, the assigned Magistrate Judge issued findings and

26    recommendations, recommending that the Court decline to exercise supplemental jurisdiction over

27    Plaintiff's Unruh Act claim and that the claim be dismissed, without prejudice, pursuant to 28

28    U.S.C. § 1367(c)(4).  (ECF No. 27.)  The findings and recommendations were served on Plaintiff

1

1    and contained notice that any objections thereto were to be filed within fourteen (14) days after

2    service. (*Id*. at 7–8.)  No objections have been filed, and the time in which to do so has passed.

3           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c), this Court has conducted a

4    *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the

5    findings and recommendations are supported by the record and proper analysis.

6           Accordingly,

7      1.    The findings and recommendations issued on March 23, 2023, (ECF No. 27), are

8             ADOPTED IN FULL;

9      2.    Pursuant to 28 U.S.C. § 1367(c)(4) and *Vo v. Choi*, 49 F.4th 1167 (9th Cir. 2022),

10            the Court declines to exercise supplemental jurisdiction over Plaintiff's Unruh Act

11            claim and Plaintiff's California Health & Safety Codes §§ 19955, 19959 claims[1];

12            and

13     3.    Plaintiff's Unruh Act and California Health & Safety Codes §§ 19955, 19959 claims

14            are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(4);

15     4.    This matter is referred back to the assigned Magistrate Judge for further

16            proceedings.

17

18

19   IT IS SO ORDERED.

20     Dated:    June 6, 2023

                                                        _____
21                                                      UNITED STATES DISTRICT JUDGE

22

23

24

25

26   [1] Plaintiff's California Health & Safety Code claims are subject to the same heightened pleading and filing
     requirements as his Unruh Act claim. *See Gilbert v. Singh*, No. 1:21cv1338-AWI-HBK, 2023 WL 2239335,
27   *2 (E.D. Cal. Feb. 27, 2023).  Therefore, the same considerations that apply against maintaining
     supplemental jurisdiction over Plaintiff's Unruh Act claims apply to Plaintiff's Health & Safety Code claims.
28   *See id.*