1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Darren Gilbert

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 DARREN GILBERT,                ) Case No. 1:22-cv-00319-SKO
                                  )
12         Plaintiff,              )
                                  )
13     vs.                         ) **ORDER DIRECTING CLERK TO**
                                  ) **CLOSE THE CASE**
14 GABRIEL CASTREJON dba EL       )
   MARISQUERO, et al.;            )
15                                ) **(Doc. 54)**
           Defendants.             )
16                                )
                                  )
17                                )
                                  )
18                                )
                                  )
19                                )

20 ─────────────────────────────

21    **IT IS HEREBY STIPULATED** by and between Plaintiff Darren Gilbert ("Plaintiff")

22 and Defendants, Gabriel Castrejon dba El Marisquero, Ignacio Castrejon Alvarez dba El

23 Marisquero, and Guaranty Holdings of California, Inc. (collectively "Defendants," and

24 together with Plaintiff, "the Parties"), by and through their respective counsel, that pursuant to

25 Federal Rule of Civil Procedure 41(a)(2), this action be dismissed with prejudice.

26    **IT IS FURTHER STIPULATED** by the Parties that the Court shall expressly retain

27 jurisdiction over this matter for the purpose of adjudicating any subsequent motion Plaintiff

28

STIPULATION FOR DISMISSAL AND ORDER

Page 1

may bring to recover his attorneys' fees and costs ("Fees Motion"). Any Fees Motion shall be filed within 60 days of the date the Court issues its Order on this stipulation.

**IT IS SO STIPULATED.**

Dated: November 7, 2023                         MOORE LAW FIRM, P.C.

                                                */s/ Tanya E. Moore*
                                                Tanya E. Moore
                                                Attorney for Plaintiff,
                                                Darren Gilbert


Dated: November 7, 2023                         MICHAEL S. WARDA,
                                                a Professional Law Corporation

                                                */s/ Michael S. Warda*
                                                Michael S. Warda
                                                Attorney for Defendants,
                                                Gabriel Castrejon dba El Marisquero,
                                                Ignacio Castrejon Alvarez dba El
                                                Marisquero, and Guaranty Holdings of
                                                California, Inc.

**ORDER**

On November 7, 2023, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 54). In light of the parties' stipulation,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Darren Gilbert ("Plaintiff") and Defendants, Gabriel Castrejon dba El Marisquero, Ignacio Castrejon Alvarez dba El Marisquero, and Guaranty Holdings of California, Inc. (collectively "Defendants") shall comply with the terms of the Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff and Defendants, the Court shall retain jurisdiction in this matter for the purpose of adjudicating any motion by Plaintiff to recover his attorneys' fees and costs ("Fees Motion") until February 6, 2024. Plaintiff shall file any Fees Motion within 60 days of the date of this Order.

3. Except as provided for in paragraphs 1 and 2 above, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 8, 2023**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE